# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

**U.S.A. vs. Sharon Ann Ricks**                           **Docket No. 5:93-CR-123-4F**

### Petition for Action on Supervised Release

COMES NOW Maurice J. Foy, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Sharon Ann Ricks, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute Cocaine Base, 21 U.S.C. § 846, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on February 10, 2012, to the custody of the Bureau of Prisons for a term of 210 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

Sharon Ann Ricks was released from custody on February 24, 2012, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant was being seen by Wake County Human Services for a schizoaffective bipolar disorder. Unfortunately, due to budget cuts, their program could no longer allow Ms. Ricks to continue treatment without paying for these services. The defendant needs to continue in treatment and be seen by a psychiatrist on a regular basis. As a result, the probation office is recommending that mental health treatment be added to her conditions of supervision. This will allow the U.S. Probation Office to assist her in securing the needed treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Sharon Ann Ricks
Docket No. 5:93-CR-123-4F
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/Maurice J. Foy<br>Maurice J. Foy<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: (919) 861-8660<br>Executed On: September 20, 2013 |

### ORDER OF COURT

Considered and ordered this _10th_ day of _September_, 2013, and ordered filed and made a part of the records in the above case.

James C. Fox
Senior U.S. District Judge